UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Jaime L. Bunting
Plaintiff(s),

vs.

Canz Bar and Grill, et al.
Defendant(s).

ATTORNEY: THE LAW OFFICES OF CORY H. MORRIS

CIVIL ACTION NO.: 20-CV-02463

DATE OF FILING: 06/03/2020

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF NASSAU   ss:

I, Thomas Arleo, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **6/10/2020** at **12:28 PM** at **8 Surrey Lane, Massapequa Park, NY 11762**,
Deponent served the **Summons in a Civil Action and Verified Complaint** upon **Steer Vend Inc.**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering to and leaving a true copy to **Gina Pastier** personally. Deponent knew said corporation so served to be the corporation described in said **Summons in a Civil Action and Verified Complaint** as said defendant/respondent/recipient. Deponent knew the individual accepting service to be an/the **Wife of James Pastier** thereof.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Female**  Skin: **White**  Hair: **Black**  Age (Approx): **48**  Height(Approx): **5'5"**  Weight(Approx): **130-140 lbs**  Glasses: **No**  Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me this

June ___10___ 2020

Thomas Arleo

ALEXANDER JAMES
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01JA6029931
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES AUGUST 30, 2021

Ultimate Process Service, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic#1376042
Case No: 1608828